JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

James Shayler,

        Plaintiff,

    v.

H.L.W. Corporation, a California Corporation; and Does 1-10,

        Defendants.

Case No.: 2:20-cv-00885-VAP-E

*Hon. Virginia A. Phillips*

**ORDER FOR DISMISSAL WITH PREJUDICE**

Action Filed:  January 28, 2020
Trial Date:     Not on Calendar

///
///
///
///
///
///
///
///
///
///

1

ORDER FOR DISMISSAL WITH PREJUDICE

1    Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before

2    it, and being fully advised finds as follows:

3    **IT IS ORDERED THAT:**

4    Plaintiff James Shayler's ("Plaintiff") action against Defendant H.L.W.

5    Corporation ("Defendants") is dismissed with prejudice. Each party will be responsible

6    for their own fees and costs.

7

8

9

10

11

12   Dated:   September 25, 2020

Hon. Virginia A. Phillips
United States District Judge
Central District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER FOR DISMISSAL WITH PREJUDICE